# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Jeffrey J. Jadwin,

        Plaintiff,    :   Case No. 2:18-cv-271

- vs -         Judge Sarah D. Morrison
        Magistrate Judge Elizabeth Preston Deavers

Commissioner of Social Security,

        :

        Defendant.

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by Magistrate Judge Preston Deavers on July 18, 2019. (ECF No. 15). The time for filing objections has passed, and no objections have been filed. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, the Court **OVERRULES** Plaintiff's statement of specific errors and **AFFIRMS** the Commissioner's decision. The Clerk is **DIRECTED** to **ENTER JUDGMENT** in accordance with this Order and terminate this case from the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

    **IT IS SO ORDERED.**


                                            /s/ Sarah D. Morrison
                                            SARAH D. MORRISON
                                            UNITED STATES DISTRICT JUDGE